JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    2:23-cv-05500-MEMF-JPR                                       Date: October  2, 2023

Title    *GCIU-Employer Retirement Fund et al. v. California Offset Printers, Inc.*

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Kelly Davis | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:  JOINT STIPULATION REGARDING SETTLEMENT AND ENTRY OF CONSENT JUDGMENT (ECF NO. 12)**

On September 21, 2023, Plaintiffs GCIU-Employer Retirement Fund ("GCIU Fund") and Board of Trustees of the GCIU-Employer Retirement Fund ("Fund Trustees," collectively, "GCIU Plaintiffs") and Defendant California Offset Printers, Inc. ("California Offset") filed a Joint Stipulation Regarding Settlement and Entry of Consent Judgment, ECF No. 12 ("Joint Stipulation").

The Court understands that, by their Joint Stipulation, the parties wish to notify the Court of their settlement and agree that, *if* California Offset does not timely make payments under the parties' settlement agreement, then the GCIU Plaintiffs *may* file the consent judgment with the Court and seek the Court's approval.

Accordingly, the Court is not reviewing or approving the proposed consent judgment at this time.

The Court thus DISMISSES the action but retains jurisdiction over the matter, as requested by the parties in the Joint Stipulation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-05500-MEMF-JPR                                    Date: October 2, 2023

Title        *GCIU-Employer Retirement Fund et al. v. California Offset Printers, Inc.*

|  | : |
|---|---|
| **Initials of Preparer** | KD |